01
02
03
04
05

06              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08 DETELIN DRAGANOV,                )
                                    ) CASE NO. C11-0128-TSZ-MAT
09      Petitioner,                 )
                                    )
10      v.                          ) ORDER GRANTING MOTION FOR
                                    ) AN EXTENSION OF TIME
11 STATE OF WASHINGTON,             )
                                    )
12      Respondent.                 )
                                    )
13

14      *Pro se* petitioner Detelin Draganov, whose address is a private residence, was ordered to

15 show cause by March 3, 2011, why this matter should not be dismissed because he did not

16 appear to be in custody at the time of filing his 28 U.S.C. § 2254 habeas petition and because he

17 may have named an improper respondent.  (Dkt. 6.)  On March 7, 2011, petitioner moved for

18 an extension of time of an unspecified length because his petition is complex, he has

19 insufficient time to respond, he has limited English-language capabilities, and he has limited

20 funds.[1]  (Dkt. 7.)  The Court **GRANTS** petitioner's motion for an extension of time to

21 _____

22      [1] Petitioner entitled his document, "Motion for Continuance."  (Dkt. 7, at 1.)  To the extent petitioner moves to stay, the Court declines to consider a motion to stay until it determines whether it has subject-matter jurisdiction over the habeas petition.

ORDER GRANTING MOTION FOR AN EXTENSION OF TIME
PAGE -1

01 respond to the show-cause order.  Petitioner must respond to the show-cause order by **April**
02 **25, 2011**.

03     DATED this 9th day of March, 2011.

								Mary Alice Theiler
								United States Magistrate Judge

ORDER GRANTING MOTION FOR AN EXTENSION OF TIME
PAGE -2